```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                   :
                                           :       12-CR-64 (VEC)
         -against-                         :
                                           :       ORDER
JOSE ALMONTE,                              :
                                           :
                        Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a hearing on October 26, 2021;

WHEREAS at the October 26, 2021 hearing, Defendant admitted to Specifications Two and Three from the Violation of Supervised Release Report; and

WHEREAS the Court accepted Defendant's admission;

IT IS HEREBY ORDERED that sentencing is scheduled for **December 9, 2022, at 3:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions from both sides are due not later than December 1, 2021.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact Chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  October 26, 2021
       New York, NY

_____
VALERIE CAPRONI
United States District Judge