```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA           :
                                   :         12-CR-64 (VEC)
    -against-                      :
                                   :         ORDER
JOSE ALMONTE,                      :
                                   :
                       Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court's prior order scheduled Mr. Almonte's sentencing for December 9, 2022, at 3:00 p.m.;

IT IS HEREBY ORDERED that sentencing is rescheduled for **December 9, 2021, at 4:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. The deadline for sentencing submissions from both sides is unchanged.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date: October 27, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**