**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 30, 2021

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/21

Re: **United States v. Jose Almonte**
    12 Cr. 64 (VEC)

Dear Judge Caproni,

     I write regarding Jose Almonte's pending violation of supervised release. In connection with this matter, defense counsel requested records from Empire State Forensics, which contracts with the Probation Department to provide sex offender treatment to Mr. Almonte. I have been informed by Probation Officer Courtney Cooke that the Probation Department needs court permission to release records related to Mr. Almonte to his defense counsel. Accordingly, I write to request that the Court authorize the Probation Department and Empire State Forensics to release Empire State Forensics' evaluations and treatment records related to Mr. Almonte to his defense counsel. Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender

cc: AUSA Jane Chong (by ECF)

Application GRANTED.

SO ORDERED.

*Valerie Caproni* (signature)
12/30/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE