**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

January 3, 2022

BY ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/3/22

Re:   **United States v. Jose Almonte**
      **12 Cr. 64 (VEC)**

Dear Judge Caproni,

    Today the defense will file its sentencing submission in connection with Mr. Almonte's pending violation of supervised release. I write to respectfully request that Exhibits B and C of this sentencing submission be filed under seal. These exhibits include Mr. Almonte's medical records and a recent psychological evaluation. Because these documents contain medical and other sensitive personal information, I am asking that they be filed under seal. I have conferred with AUSA Jane Chong and I understand that the government does not object to this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender

cc:   AUSA Jane Chong, Esq. (by ECF)

---

Application GRANTED. Counsel may submit unredacted copies of Exhibits B and C to the Court directly.

SO ORDERED.

*[signature]*
1/3/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE