```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/3/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA                           :
                                                                       :         12-CR-64 (VEC)
         -against-                                                 :
                                                                       :         ORDER
JOSE ALMONTE,                                             :
                                                                       :
                                       Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing is currently scheduled for Tuesday, January 11, 2022, at 2:30 p.m.; and

WHEREAS in light of the spread of the Omicron variant of COVID-19 and the significant rise in the number of cases reported in New York City, the Court is exercising caution with regard to in-person proceedings;

IT IS HEREBY ORDERED that sentencing is rescheduled for **January 18, 2022, at 4:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. The deadline for sentencing submissions from both sides is unchanged.

**SO ORDERED.**

Date:  January 3, 2022                                              _____
         New York, NY                                                         **VALERIE CAPRONI**
                                                                                       **United States District Judge**