```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA      :
                                                                  :      12-CR-64 (VEC)
         -against-                  :
                                                              :         <u>ORDER</u>
   JOSE ALMONTE,                           :
                                          Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a sentencing hearing is currently scheduled for Tuesday, January 18, 2022, at 4:00 p.m.; and

      WHEREAS in light of the spread of the Omicron variant of COVID-19 and the significant rise in the number of cases reported in New York City, the Court is exercising caution with regard to in-person proceedings;

      IT IS HEREBY ORDERED that sentencing is rescheduled for **February 1, 2022, at 4:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  January 11, 2022                                   _____
       New York, NY                                        **VALERIE CAPRONI**
                                                                **United States District Judge**