USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA           :
                                   :    12-CR-64 (VEC)
        -against-                  :
                                   :    ORDER
JOSE ALMONTE,                      :
                                   :
                    Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that a Violation of Supervised Release Hearing is scheduled for **October 28, 2022, at 10:30 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated: October 20, 2022**
      **New York, NY**

                                                            **VALERIE CAPRONI**
                                                  **United States District Judge**