USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA         :
                                 :           12-CR-64 (VEC)
         -against-               :
                                 :           ORDER
JOSE ALMONTE,                    :
                                 :
                   Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 28, 2022, the Court held a conference regarding Mr. Almonte's alleged violations of the terms of his supervised release; and

WHEREAS Mr. Almonte pled not guilty to the specifications;

IT IS HEREBY ORDERED that the next conference is scheduled for **Thursday, December 15, 2022, at 4:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated: October 28, 2022
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**