

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022
```

December 13, 2022

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Jose Almonte*, 12 Cr. 64 (VEC)

Dear Judge Caproni:

      The Government respectfully submits this joint letter on behalf of the parties to request a 45-day adjournment of the status conference currently scheduled for December 15, 2022. This request is being made in light of the fact that the unmonitored electronic devices that were seized from the supervisee are still in the process of being imaged. The Government has been informed by the agent overseeing the process that it may take a month, if not longer, to complete the imaging and to identify and analyze relevant content.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:  /s/ *Jane Chong*
     Jane Y. Chong
     Assistant United States Attorney
     (917) 763-3172

cc: Sarah Baumgartel (counsel for Jose Almonte), by CM/ECF

---

Application GRANTED. The status conference currently scheduled for Thursday, December 15, 2022 at 4:30 P.M. is hereby adjourned until **Monday, January 30, 2023 at 2:30 P.M.**

SO ORDERED.

*[signature]* 12/13/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE