**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 5, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2023

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York

Re: <u>United States v. Jose Almonte</u>
**12 Cr. 64 (VEC)**

Dear Judge Caproni,

I write to request an extension of time to file the defense's sentencing submission in connection with Jose Almonte's July 31, 2023 VOSR sentencing. This is the defense's first request for an extension. The parties' submissions are currently due July 10. I am instead requesting until July 18 to file submissions. I am scheduled to be out of town starting at the end of this week and through July 10, and need additional time to complete the defense submission. I have conferred with AUSA Jane Chong regarding this request, and I understand that she does not object. Thank you for consideration of this matter.

Respectfully submitted,
/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender

cc: AUSA Jane Chong (by ECF)

---

Application GRANTED. The deadline for Defendant to file pre-sentencing submissions is hereby extended from Monday, July 10, 2023 to **Tuesday, July 18, 2023**.

SO ORDERED.

*[signature]*
07/05/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE