UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                                     :
                                                             :     12-CR-64 (VEC)
         -against-                                           :
                                                             :     <u>ORDER</u>
JOSE ALMONTE,                                                :
                                                             :
                               Defendant.                    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 7, 2023, the parties appeared before the Court for Mr. Almonte's sentencing for violations of the terms of his supervised release (the "Conference");

    IT IS HEREBY ORDERED that for the reasons stated at the Conference, Mr. Almonte's sentencing is adjourned until **Thursday, September 14, 2023 at 10:30 A.M.** in Courtroom **443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

    IT IS FURTHER ORDERED that for the reasons stated at the Conference, not later than **Friday, September 8, 2023**, the U.S. Probation Office ("Probation") must file a sealed report to the Court including: (1) whether Mr. Almonte's therapist recommends that Mr. Almonte receive treatment from a psychiatrist, [REDACTED]; (2) whether Empire State Forensics's ("Empire's") therapeutic plan for Mr. Almonte should be re-evaluated (in conversation with him, his attorney, and Probation), including whether he would benefit from the addition of cognitive behavioral therapy; (3) Mr. Almonte's revised safety plan to attend church and whether either Empire or Probation objects to the plan; (4) an explanation why Empire objected to Mr. Almonte having monitored video- and audio calls with his grandchildren who live in Florida; and (5) the availability of a community service assignment for Mr. Almonte.

**SO ORDERED.**

*[signature: Valerie Caproni]*

**Date:  August 7, 2023**                                    **VALERIE CAPRONI**
**New York, NY**                                             **United States District Judge**