USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :
           -against-                    :      12-CR-64 (VEC)
                                        :
                                        :         ORDER
JOSE ALMONTE,                           :
                                        :
                      Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 14, 2023, the parties appeared before the Court for Mr. Almonte's sentencing for violations of the terms of his supervised release (the "Conference");

IT IS HEREBY ORDERED that for the reasons stated at the Conference, the parties must appear for a status conference on **Monday, December 4, 2023, at 11:00 A.M.** in Courtroom **443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that not later than **Monday, November 27, 2023**, Probation must provide a status report from Empire State Forensics regarding Mr. Almonte's treatment to the parties and to the Court.

**SO ORDERED.**

Date:  September 14, 2023
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**