USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                                  :
                                                             :           12-CR-64 (VEC)
              -against-                                      :
                                                             :               ORDER
   JOSE ALMONTE,                                             :
                                                             :
                                  Defendant.                 :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 14, 2023, the parties appeared before the Court for Mr. Almonte's sentencing for violations of the terms of his supervised release (the "Conference"); and

WHEREAS following the sentencing, the Court ordered Probation to provide a status report regarding Mr. Almonte's treatment and scheduled a status conference for Monday, December 4, 2023, at 11:00 A.M.

IT IS HEREBY ORDERED that having received the status update, the Court no longer believes a status conference is necessary. The status conference scheduled for Monday, December 4, 2023, at 11:00 A.M. is CANCELED.

**SO ORDERED.**

Date: November 30, 2023
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**